AT CORYDON, MAY TERM, 1817, IN THE FIRST YEAR OF THE STATE.

### MEMORANDA.

THE constitution of the state, established in convention at *Corydon* on the 29th day of *June*, 1816, provides:

That the judicial power of this state, both as to matters of law and equity, shall be vested in one Supreme Court, in Circuit Courts, and in such other inferior Courts as the general assembly may from time to time direct and establish.

The first session of the general assembly, under the state government, commenced at *Corydon* on the first *Monday* in *November*, 1816, in conformity to the provisions of the constitution; and the act organizing the Supreme Court, was approved on the 23d day of *December*, in the same year.

*James Scott*, *John Johnson*, and *Jesse L. Holman*, esquires, were appointed judges of the Court. Their commissions bear date on the 28th day of *December*, 1816.

On the 5th day of *May*, 1817, the day appointed by law for the commencement of the first term of the Supreme Court, the judges appeared and took their seats.

### M'DOWELL *v.* DAVIS.

THIS cause had originated in the General Court of the late *Indiana* territory, and was, with all the other causes pending in

*Tuesday, May 6.*

1

that Court at *Corydon*, at the commencement of the state government, transferred into this Court by an act of the state legislature at their first session.

*The Court*, on motion of the plaintiff, ordered the papers in the suit to be transmitted to the Circuit Court of *Warrick* county in which the cause of action had accrued. Ind. Stat. 1816, p. 13(1).

*Blake*, for the plaintiff.

(1) Similar orders were made, in several other causes, during the term.